# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**ROXANA LUVIANO,**<br><br>Defendant. | PO-23-5042-GF-JTJ<br><br>**VIOLATION:**<br>**E1089977**<br>**Location Code: M12**<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED**.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for June 8, 2023 is **VACATED**.

DATED this 7th day of June, 2023.

_____
John Johnston
United States Magistrate Judge